UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| MARIA ELENA ANDRADE, | Case No. 5:24-CV-04527 EJD |
|---|---|
| Plaintiff, | **ORDER TO SHOW CAUSE** |
| v. | |
| COSTCO WHOLESALE CORPORATION, et al., | |
| Defendants. | |

Plaintiff in the above-entitled matter having failed to file a case management conference statement and having failed to appear at the case management conference on November 7, 2024,

THE COURT hereby issues an ORDER TO SHOW CAUSE why plaintiff's claims should not be dismissed for failure to prosecute and to follow the Court Rules and procedures, pursuant to Rule 41(b) of the Federal Rules of Civil Procedure.

The hearing on the order to show cause will be held November 21, 2024, at 10:00 a.m. in-person, in San Jose, Courtroom 4, 5th Floor. If plaintiff fails to appear, the case may be dismissed for failure to prosecute.

**IT IS SO ORDERED.**

DATED: November 7, 2024

EDWARD J. DAVILA
United States District Judge