UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MARIA ELENA ANDRADE,<br><br>    Plaintiff,<br><br>    v.<br><br>COSTCO WHOLESALE CORPORATION, et al.<br><br>    Defendants. | Case No.  5:24-cv-04527 EJD<br><br>**ORDER DISMISSING ACTION FOR FAILURE TO PROSECUTE** |

Plaintiff filed this action on December 19, 2023, in the Monterey County Superior Court. On July 26, 2024, Defendant Costco Wholesale Corporation removed the case to this Court. ECF No. 1.

On November 7, 2024, the Court held an Initial Case Management Conference ("CMC"). ECF No. 14.  Plaintiff failed to appear at the CMC.  *Id.*  The Court issued an order to show cause why this action should not be dismissed for failure to prosecute and to follow the Court Rules and procedures.  ECF No. 15.  The Court ordered Plaintiff to appear at a hearing on November 21, 2024, at 10:00 a.m. in San Jose, Courtroom 4, 5th Floor pursuant to the order to show cause.  *Id.*  The Court informed Plaintiff that if he failed to appear, the Court may dismiss the action for failure to prosecute.  *Id.*  Plaintiff did not appear at the November 21, 2024 hearing.  ECF No. 16.

The Court possesses the inherent power to dismiss an action sua sponte for lack of prosecution "to achieve the orderly and expeditious disposition of cases."  *Link v. Wabash R.R. Co.*, 370 U.S. 626, 630–31 (1962).  Accordingly, the Court **DISMISSES** this action **WITHOUT PREJUDICE** pursuant to Rule 41(b).

1    The Clerk of the Court shall close the file.

3    **IT IS SO ORDERED.**

4    Dated:  December 3, 2024

                                    EDWARD J. DAVILA
                                    United States District Judge