UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MARIA ELENA ANDRADE,<br><br>Plaintiff,<br><br>v.<br><br>COSTCO WHOLESALE CORPORATION, et al.,<br><br>Defendants. | Case No.   5:24-cv-04527 EJD<br><br>**ORDER TO SHOW CAUSE** |

Plaintiff in the above-entitled matter having failed to sign the joint trial setting conference statement and having failed to appear at the trial setting conference on December 11, 2025,

THE COURT hereby issues an ORDER TO SHOW CAUSE why plaintiff's claims should not be dismissed for failure to prosecute and to follow the Court Rules and procedures, pursuant to Rule 41(b) of the Federal Rules of Civil Procedure, and for failure to comply with this Court's orders.

The hearing on the order to show cause will be held December 17, 2025, at 10:00 a.m. in-person, in San Jose, Courtroom 4, 5th Floor.  The Parties are ORDERED to appear in-person at the show cause hearing.  Any response by Plaintiff to this Order must be filed no later than 4:00 p.m. on December 15, 2025.

**IT IS SO ORDERED.**

DATED:  December 11, 2025

EDWARD J. DAVILA
United States District Judge